IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS A. KELLEBREW**                                                                            **PLAINTIFF**

**v.**                                           **Case No. 4:23-cv-00170 KGB**

**STATE OF ARKANSAS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the plaintiff's complaint is dismissed consistent with the terms of this Order (Dkt. No. 2). The relief sought is denied.

It is so ordered this 25th day of March, 2024.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge